UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DONAT RICKETTS, JR.,**

    **Plaintiff,**

  v.

**ADRIAN DEONTA LEWIS,** *et al.*

    **Defendants.**

:

Case No. 2:23-cv-1711
Judge Sarah D. Morrison
Magistrate Judge Kimberly A. Jolson

:

## ORDER

The matters before the Court are two *pro se* motions: a Motion to Dismiss Amended Complaint Under Rule 12(B)(6) (ECF No. 11), and a Motion to Dismiss Amended Complaint and Request for Injunction (ECF No. 12). In both Motions, the movants are described as "[t]he defendants, Michael Braggs, Adrian Lewis, and Doe 1," but only Mr. Braggs signed the Motions as a "*Pro Se Litigant for Defendants*." (ECF No. 11, PageID 71; ECF No. 12, PageID 85.)

Defendants are **ADVISED** that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented" and that "[t]he paper must state the signer's address, e-mail address, and telephone number." Fed. R. Civ. P. 11(a). Accordingly, the Motions are **DENIED without prejudice** to refiling with all of Defendants' signatures. Alternatively, Mr. Braggs may file his own motion.

    **IT IS SO ORDERED.**

                                    /s/ Sarah D. Morrison
                                    **SARAH D. MORRISON**
                                    **UNITED STATES DISTRICT JUDGE**